# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

AUG 0 1 2022

Clerk, U.S. Courts
District of Montana
Helena Division

Shawn T Damon
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jefferson County Sheriffs Office
Lewis and Clark Co Sheriffs Office
Montana Highway Patrol,
Lewis and Clark County
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name Shawn Damon
   Street Address 221 Breckingridge
   City and County Helena MT 59601
   State and Zip Code MT 59601
   Telephone Number
   E-mail Address

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

   See Attached

Defendant No. 1
- Name: Jefferson county sheriffs office
- Job or Title (if known):
- Street Address: montan city
- City and County:
- State and Zip Code: unknown
- Telephone Number:
- E-mail Address (if known): unknown

Defendant No. 2
- Name: Lewis and Clark county sheriffs office
- Job or Title (if known):
- Street Address: unknown
- City and County: Helena, MT 59601
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Montana highway patroll
- Job or Title (if known):
- Street Address: Helena Montana
- City and County: Lewis and Clark
- State and Zip Code: unknown
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

united states constitution

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Native american being violated Due Process of Law

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* Shawn T Damon is a citizen of the State of *(name)* montana.

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    
    and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual Jefferson County Sheriffs
    
    The defendant, *(name)* Lewis and Clark Sheriff's montana Highway patroll is a citizen of
    
    the State of *(name)* montana. Or is a citizen of
    
    *(foreign nation)* _____.

    b.    If the defendant is a corporation *Jefferson County Sheriffs, Lewis and Clark County Sheriffs*

The defendant, *(name)* *Montana highway Patrol*, is incorporated under the laws of the State of *(name)* *Lewis & Clark County*, and has its principal place of business in the State of *(name)* *Sherriffs office*. Or is incorporated under the laws of *(foreign nation)* *Montana Highway Patrol*, and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: The defendants have deprived the Plaintiff the opportunity to recover said vehicle.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur? *Lewis and Clark County*

B.    What date and approximate time did the events giving rise to your claim(s) occur?

*See Attached Document*

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* My vehicle was stolen and denied me any process to recover said vehicle

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. The Pain suffering & mental suffering that the Plaintiff has suffered

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The vehicle was a 2006 Suburu Forester 2.5 x loaded with sun roof valued at $6,000. The Plaintiff also request all storage & tow fees, court cost, Attorney cost along with $10,000 dollars in damages for pain and suffering

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-27-22

Signature of Plaintiff: *Shawn T Damon*
Printed Name of Plaintiff: Shawn T Damon

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____