UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| SHAWN T. DAMON,<br><br>               Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY SHERIFF'S OFFICE; LEWIS and CLARK COUNTY SHERIFF'S OFFICE; MONTANA HIGHWAY PATROL; and LEWIS and CLARK COUNTY,<br><br>               Defendants. | Case No. CV-22-068-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 8) this matter is DISMISSED.

    Dated this 14th day of September 2022.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ H. Gauthier
                                  H. Gauthier, Deputy Clerk